IN THE UNITED STATES DISTRICT COURT

PETTERSON TITUS PRO'SE

2:24cv4913-WLH-BFM

V.

GEO GROUP
F.B.O.P. DIRECTOR
WARDEN. N.T. MCKINNEY
AW G. SPITS
CAPTAIN DINNIS
COUNSELOR ROSALES
OFFICER MARQUEZ
OFFICER TOPETE

9) OFFICER ZIMMERMAN
10) OFFICER CARMONA
11) OFFICER DODIER

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

## I. JURISDICTION

I. YOUR CLAIMANT HEREAFTER REFERRED TO AS PETERSON TITUS AM A FEDERAL INMATE CURRENTLY BEING HOUSED AT UNITED STATES PENITENTIARY COLEMAN-1. IN GOOD FAITH YOUR CLAIMANT SEEKS TO HAVE THE HONORABLE COURTS TO CONSTRUE THIS THIS CIVIL ACTION AS PURSAUNT TO <u>BIVENS V. SIX UNKNOWN NAME AGENT(S) OF THE FEDERAL BUREAU OF NARCOTICS</u> 403 U.S. 388 (1971). THE COURT HAS JURISDICTION OVER THIS ACTION PURSAUNT TO TITLE 28 U.S.C. SECTION 1331. AND 2201...

## II PARTIES

A. NAME OF PLAINTIFF: TITUS PETTERSON PRO'SE
   ADDRESS: U.S.P. COLEMAN-1 P.O. BOX 1033, COLEMAN FLORIDA 33521-1033

B. NAME OF DEFENDANT: N.T. MCKINNEY
   POSITION: WARDEN
   PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
   ADDRESS: P.O. BOX 5400, ADELANTO, CA 92301

   WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIMS OCCURED? YES ☒ NO ☐ .

   IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: WAS AN EMPLOYEE OF F.B.O.P THROUGH THE DEPARTMENT OF JUSTICE

B.1. NAME OF DEFENDANT: C. SPITS
   POSITION: ACTING WARDEN
   PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
   ADDRESS: P.O. BOX 5400, ADELANTO, CA 92301

   WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☒ NO ☐

   IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: WAS AN EMPLOYEE OF F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE

B2. NAME OF DEFENDANT: MRS DINNIS
POSITION: CAPTAIN
PLACE OF EMPLOYMENT: U.S. VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400, ADELANTO, CA 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑  NO ☐

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: WAS AN EMPLOYEE OF THE F.B.O.P THROUGH THE DEPARTMENT OF JUSTICE

B3. NAME OF DEFENDANT: COLLETTE PETERS
POSITION: DIRECTOR
PLACE OF EMPLOYMENT: FEDERAL BUREAU OF PRISONS
ADDRESS:

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑  NO ☐

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: EMPLOYEE OF THE DEPARTMENT OF JUSTICE

B4. NAME OF DEFENDANT: GEO GROUP
POSITION: PRIVATE CONTRACTOR
PLACE OF EMPLOYMENT: GEO

ADDRESS  4955 TECHNOLOGY WAY BOCA RATON FLORIDA

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED?  YES ☒ NO ☐ .

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: IS AN PRIVATE CONTRACTOR TO THE F.B.O.P. THROUGH DOJ

B5. NAME OF DEFENDANT: ROSALES
POSITION: COUNSELOR
PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400, ADELANTO CA. 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☒ NO ☐ .

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: EMPLOYEE OF THE F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE

B6. NAME OF DEFENDANT: MARQUEZ
POSITION: PRISON OFFICER (SHU)
PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400, ADELANTO CA 92301

WAS THIS DEFENDANT UNDER AUTHORITY OF THE COLOR OF FEDERAL STATE LAW.

AT THE TIME THESE COMPLAINT(S) OCCURED? YES ☑ NO ☐

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: EMPLOYEE OF THE F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE

B7. NAME OF DEFENDANT: TOPETE
POSITION: F.B.O.P. OFFICER
PLACE OF EMPLOYMENT: VICTORVILLE-FCI
ADDRESS: P.O. BOX 5400 ADELANTO CA 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑ NO ☐

IF YES ANSWER BRIEFLY EXPLAIN: EMPLOYEE OF THE F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE

B8. NAME OF DEFENDANT: ZIMMERMAN
POSITION: F.B.O.P. OFFICER
PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400 ADELANTO CA 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑ NO ☐

IF YOUR ANSWER IS YES EXPLAIN. EMPLOYEE OF THE F.B.O.P THROUGH THE DEPARTMENT OF JUSTICE

B9. NAME OF DEFENDANT: CARMONA
POSITION: FEDERAL OFFICER
PLACE OF EMPLOYEMENT: VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400 ADELANTO CA 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑ NO ☑

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: EMPLOYEE OF THE F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE

B 10. NAME OF DEFENDANT: DODIER
POSITION: FEDERAL OFFICER
PLACE OF EMPLOYMENT: VICTORVILLE-FCI-1
ADDRESS: P.O. BOX 5400 ADELANTO CA 92301

WAS THIS DEFENDANT UNDER THE AUTHORITY OF THE COLOR OF FEDERAL STATE LAW AT THE TIME THESE CLAIM(S) OCCURED? YES ☑ NO ☑

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: EMPLOYEE OF THE F.B.O.P. THROUGH THE DEPARTMENT OF JUSTICE.

## III. PLACE OF PRESENT CONFINEMENT

NAME OF PRISON/INSTITUTION: U.S.P. COLEMAN-1

A. IS THIS WHERE THE EVENTS CONCERNING YOUR CLAIM TOOK PLACE? NO.

IF YOUR ANSWER IS NO WHERE DID THE EVENTS OCCUR? UNITED STATES PENITENTIARY VICTORVILLE.

B. IS THERE A GRIEVANCE PROCEDURE IN THE INSTITUTION YES ☑ NO ☐

C. DID YOU FILE A GRIEVANCE CONCERNING THE FACTS RELATING TO THIS COMPLAINT

E. IF YOUR ANSWER IS YES IDENTIFY THE ADMINISTRATIVE NUMBERS IN WHICH THE CLAIMS RAISED IN THIS COMPLAINT WERE ADDRESSED AND STATE THE RESULT AT LEVEL ONE, LEVEL TWO AND LEVEL THREE. ATTACH GRIEVANCES, AND RESPONSES

LEVEL-1 BP8 DENIED
LEVEL-2 BP9 REJECTION
LEVEL-3 B10 REJECTION

## IV. PREVIOUS LAWSUIT AND ADMINISTRATIVE REMEDIES

A. HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING

WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ☐ NO ☑

## V. STATEMENT OF FACTS

AT ALL TIMES RELEVANT TO THIS INSTANT CIVIL COMPLAINT MR. TITUS PETERSON WAS A RESIDENT AT VICTORVILLE-FCI-1 ECT.

ON THE DATE OF SEPT. 28, 2022 AFTER WAKING FEELING A LITTLE WEAK AND DIS-ORIENTED. I, YOUR CLAIMANT HEREAFTER REFERRED TO AS TITUS PETERSON PRO SE. WAS CALLED TO MY SPECIAL HOUSING UNIT (SHU) CELL DOOR BY FEDERAL EMPLOYEE NURSE ASHLEY PENA SO SHE COULD ADMINISTER THE DIABETIC INSULIN TEST. IN WHICH THE TEST DETERMIND THAT MY INSULIN LEVEL WAS INFACT 30 WHICH IS UNDER THE CRITICAL MARKER OF 50 WHEN CONCERNING DIABETIC RE-ACTIONS/ATTACKS. NURSE MS. PENA WILL ATTEST THAT AT APROXIMATELY BETWEEN THE HOUR(S) OF 7:00 AM. AND 7:10 AM. THAT SHE INFORMED SHU OFFICER(S) THAT YOUR CLAIMANT WAS HAVING AN DIABETIC REACTION AND WAS IN NEED OF IMMEDIATE MEDICAL ATTENTION. SHU OFFICER(S) WERE DELIBERTLY INDIFFERANT TO MR. PETERSON SERIOUS/CRITICAL MEDICAL NEEDS AS THEY DID NOT ASSIST THE CLAIMANT FOR APPROXIMATLY 30 TO 45 MINUTES AFTER BEING MADE AWARE OF CLAIMANT MEDICAL EMERGENCY BY PHARMACY TECH MS. PENA. AFTER FINNALLY RESPONDING SHU OFFICER(S) REMOVED THE CLAIMANT FROM HIS ASSIGNED CELL #224. WHILE IN HAND RESTRAINTS AN COMPLYING TO OFFICERS ORDERS OFFICERS ATTEMPTED TO PROVOKE MR. PETTERSON INTO BECOMING RESISTENT SO THEY COULD THEN ASSAULT HIM UNDER THE FALSE GUISE OF AN WARRANTED IMMEDIATE USE OF FORCE. OFFICER(S) VERBALLY ASSASINATED/ASSAULTED YOUR CLAIMANT, WHEN THEY WERE DISCRIMINITIVE, BIAS, AND/OR DEGRADING. WHILE MAKING STATEMENTS SUCH AS BUT NOT LIMITED TO: "YOU DONE FAKING NIGGER" "DO SOMETHING MONKEY BOY". WHEN MR. PETTERSON DIDN'T REACT OR RESPOND DUE TO STILL HAVING THE DIABETIC INSULIN REACTION

WHICH IS EQUIVALENT TO BEING DRUNK AND/OR RETARDED. OFFICER(S) BECAME ENRAGED FOR NO APPARENT REASON AN BEGAN TO ASSAULT YOUR CLAIMANT WHEN THEY SLAMMED HIM AGAINST THE WALL, ETC ON (RANGE-C-UPPER TIER). DURING THE MENTIONED ASSAULT WHICH WAS RECORDED ON THE (SHU) STATIONAIRY VIDEO RECORDING DEVICE. MR. PETERSON WAS BEING ESCORTED BY F.BOP OFFICER(S) MARQUEZ, TOPETE, ZIMMERMAN, CARMONA, DODIER, SIAM AND ETC. WHEN OFFICER(S) FURTHER ASSAULTED HIM THROWING HIM DOWN A SET OF STAIRS FROM THE TOP TIER TO THE BOTTOM FLOOR, WHILE THE CLAIMANT WAS HANDCUFFED EXTREMLY TIGHT. MR. PETERSON INJURIES PHYSICALLY AND MENTALLY DERIVING FROM THE ASSAULT SUCH AS BUT NOT LIMITED TO SEVERE HEADACHES, SWELLING OF THE ARM AND WRIST, EXTREME JOINT PAIN. NEVER RECIEVED ANY ASSISTANCE AND/OR MEDICAL ATTENTION FOR DIABETIC INSULIN REACTION. MENTAL ANGUISH, TRAUMATIZED, DEPRESSED, ETC, THE ROGUE FEDERAL EMPLOYEE(S) THEN FALSIFIED FEDERAL DOCUMENTATION STATING THAT MR. PETERSON COMMITTED PROHIBITED ACT(S) TO JUSTIFY AN UNWARRANTED USE OF FORCE. THE OFFICER(S) HAD AN MEETING OF THE MINDS AN CONSPIRED TO VIOLATE YOUR CLAIMANT'S 2ND, 5TH, 8TH, AND 14TH AMENDMANT(S) OF THE UNITED STATES CONSTITUTION. AS WELL AS PROGRAM STATEMENTS, RULE(S), OATH(S) REGULATION(S), CONTRACT(S) AND ULTIMATELY THE LAW. WHEN THEY ASSAULTED MR. PETERSON FOR THE REASON OF DISCRIMINATION AND MALICE. THE ROGUE OFFICER(S) THEN USE THE BUDDY SYSTEM TO MUNIPULATE THE OUTCOME OF THE INMATE DISCIPLINARY PROCESS. (THE BUDDY SYSTEM - A CORRUPT SYSTEM USED BY ROGUE FEDERAL EMPLOYEE(S) AFTER THEY VIOLATE AN INMATE BY CONSPIRING TO CREATE/REPORT A FICTICOUS ACCOUNT OF EVENTS TO PLACE BLAME ON THE SAID INMATE. SO THEY THEMSELVES CAN ESCAPE PUNISHMENT AND/OR REPRIMEND. AFTER THEY VIOLATE/BREAK THE LAW). [ALL] MENTIONED DEFENDANT(S) SUCH AS BUT NOT LIMITED TO : <u>GEO GROUP</u>, <u>F.B.O.P. DIRECTOR</u>, <u>VICTORVILLE WARDEN MT. MCKENNEY</u>, <u>ACTING WARDEN C. SPITS</u>, <u>CAPTAIN</u>, <u>OFFICER MARQUEZ</u>, <u>OFFICER TOPETE</u>, <u>OFFICER ZIMMERMAN</u>, <u>OFFICER CARMONA</u>, <u>OFFICER DODIER</u>, <u>OFFICER SIAM</u>, <u>COUNSELOR ROSALES</u> DID

INFACT PARTICIPATE AND/OR REFUSE TO REPORT THE ROGUE OFFICER(S) MISCONDUCT/ASSAULT. AS WELL AS ARE LEGALLY RESPONSIBLE FOR THE CARE, SAFTY, SECURITY AND HEALTH OF YOUR CLAIMANT MR. TITUS PETERSON. HOWEVER THE DEFENDANT(S) PURPOSELY/KNOWINGLY PUT THE CLAIMANTS LIFE AT RISK WHEN THEY (1): WERE DELIBERTLY INDIFFERENT WHEN THEY ABUSED THEIR AUTHORITY TO NEGLECT THIER DUTIES. AFTER BEING INFORMED BY PHARMACY TECH MS. PENA THAT MR. PETERSON WAS HAVING A DIABETIC INSULIN REACTION. AND IN NEED OF IMMEDIATE MEDICAL ATTENTION

(2): FOR THE PURPOSE OF DISCRIMINATION OFFICER(S) VICOUSLY, WITH MALICE ASSAULTED MR. PETERSON WHILE HE WAS HAVING A DIABETIC INSULIN REACTION DUE TO LOW BLOOD SUGAR. WHICH WAS "38" WHEN THE CRITICAL STAGE FOR LOW BLOOD SUGAR IS INFACT "50"

(3) F.B.O.P. EMPLOYEE(S) PLACED CLAIMANTS LIFE AT RISK OF DEATH OR PERMINATE DAMAGE. THEREFORE COMPROMISING SAFETY AN SECURITY F.B.O.P., D.O.J. AND GEO THE EMPLOYEE(S) THROUGH WHO VIOLATED THE CONDUCT/OBLIGATION OF CONTRACT(S), KNOWING THAT MR. PETERSONS SAFETY, CARE, AND SECURITY IS PARAMOUNT.

(4) EIGHTH AMENDMENT VIOLATION (CRUEL AND UNUSUAL PUNISHMENT) ACTING U.S.A. THROUGH AGENTS/DEFENDANT(S) DID COMMIT ASSAULT AND BATTERY OF AN GRATUITOUS NATURE. WHICH WAS OBJECTIONABLY UNREASONABLE. DUE TO THE FACT THAT MR PETERSON WAS INFACT HAVING AN DIABETIC INSULIN REACTION AND IN RESTRAINTS AT THE TIME OF THE ASSAULT(S). THE CLAIMANT HAD NOT ASSAULTED STAFF/EMPLOYEE(S) (WHICH EMPLOYEE(S) DID KNOWINGLY ALSO VIOLATED B.O.P.'S "USE OF FORCE" PROGRAM STATEMENT 5566.06 PROTOCALL ETC.

(5) EIGHTH AMENMANT VOILATION (CRIMINAL NEGLECT/DELIBERATE

INDIFFERENCE TO SERIOUS MEDICAL NEED(S)); USA ACTING THROUGH AGENTS/FEDERAL EMPLOYEE(S) DID INFACT FAIL TO PROVIDE MEDICAL TREATMENT TO MR. PETERSON FOLLOWING NURSE PENA'S NOTICE OF THE CLAIMANTS MEDICAL CONDITION(AT THE TIME OF INCIDENT) AND ALSO FAILED DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESMENT BY THIRD-PARTY SPECIALIST) FOR MR. PETTERSONS (OBVIOUS AND ALSO REPORTED) INJURYS THEREBY CONSTITUTING NEGLECT INSTEAD OF MALPRACTICE (ERRONEOUS TREATMENT.)

( ) ACCORDING TO THE PRISON(S) HEALTH CARE RIGHT(S): RIGHT #1 "YOU HAVE THE RIGHT TO HEALTH CARE SERVICES. IN ACCORDANCE WITH THE PROCEDURES OF YOUR CURRENT FACILITY. EMERGENCY HEALTHCARE SERVICES ARE AVAILABLE 24 HOUR(S) EACH DAY AND ARE ACCESSED BY CONTACTING THE CORRECTIONAL WORKER AROUND YOU. RIGHT #5 YOU HAVE THE RIGHT TO BE TREATED WITH RESPECT, DINITY AND CONSIDERATION. RIGHT #10 YOU HAVE A RIGHT TO RECIEVE PRESCRIBED MEDICATION(S), AND TREATMENT(S) IN A TIMELY MANNER" CONSISTENT WITH THE RECOMMENDATION(S) OF THE PRESCRIBING HEALTH CARE PROVIDER".

THE DEFENDANT(S) LISTED IN THIS COMPLAINT DID [INFACT] KNOWINGLY, AND PURPOSELY AND WITH MALICE VIOLATE, INJURE AND/OR DAMAGE MR. PETERSONS PERSON BY VIOLATING: 18 U.S.C. §2340(A); 18 U.S.C. §1621; 18 U.S.C. 249; 18 U.S.C. §242: 18 U.S.C. § CHAPTER 13 SECTION 241. AND PROGRAM STATEMENT(S) 3420.11; PS 556606 AND THE 2ND, 5TH, 8TH, 14TH AMENDMENTS OF THE UNIGFED STATES CONSTITUTION, AND RULE(S); REGULATION(S); POLOCIE(S) OATH(S); AGREEMENT(S); CONTRACT(S); AND THE ORDERLY RUNNING OF THE JUSTICE SYSTEM. FOR THESE CLAIM OF INJURIE(S)/DAMAGE THE PLAINTIFF MR. TITUS PETERSON PRO'SE IS SEEKING FROM [ALL] THE DEFENDANT(S) IN THIER OFFICIAL, AND UN-OFFICIAL CAPACITYS THE TOTAL MONETAIRY AMOUNT OF TWENTY FIVE MILLION IN UNITED STATES CURRENCY...    RESPECTFULLY SUBMITTED
                                                                     TITUS PETERSON

TITUS PETERSON
TERRE HAUTE USP
PO BOX 33
TERRE HAUTE, IN. 47808



CV

CLERK OF COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVESION
ROYBAL COURTHOUSE
255 E. TEMPLE St., RM. 180
LOS ANGELES, CA. 90012-4701