JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

TITUS PETERSON,
Plaintiff,
v.
GEO GROUP, et al.,
Defendants.

No. 2:24-cv-04913-WLH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this matter is dismissed without prejudice for failure to prosecute and follow court orders.

DATED: September 11, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE